# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | Case No. | **3:16 cr-159** |
| TIMOTHY WRIGHT | ) | | WALTER HERBERT RICE |
| *Defendant* | ) | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     TIMOTHY WRIGHT                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Possession of child pornography in violaltion of 18 U.S.C. Section 2252(a)(4)(B)
Count 2: Distribution of child pornography in violation of 18 U.S.C. Section 2252(a)(2)

RECEIVED
U.S. MARSHAL
SOUTHERN DIST. OF OHIO
16 DEC 19 PM 1:26

Date:   12/15/2016

_____
*Issuing officer's signature*

City and state:   Dayton, Ohio

Thomas M. Rose, U.S. District Court Judge
*Printed name and title*

RICHARD W. NAGEL
CLERK OF COURT
2016 DEC 22 PM 4:04

| Return |
|---|
| This warrant was received on *(date)* 12/9/2016 , and the person was arrested on *(date)* 12/22/2016 at *(city and state)* London, OH . |
| Date: 12/22/2016 |

_____
*Arresting officer's signature*

Andrea R Kinzig   Special Agent
*Printed name and title*