# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:16CR159 |
| Plaintiff, | : | Judge Walter H. Rice |
| v. | : | |
| TIMOTHY WRIGHT, | : | |
| Defendant. | : | |

## FINAL ORDER OF FORFEITURE
## OF PROPERTY AS TO DEFENDANT TIMOTHY WRIGHT

WHEREAS, on May 26, 2017, this Court entered a Preliminary Order of Forfeiture (Doc. 26) ordering the forfeiture, pursuant to 18 U.S.C. § 2253(a)(1) and (3), of the following property (hereinafter the "Subject Property"):

   a. Samsung Galaxy S6 cellular telephone, SM-G920P, FCCID A3LSMG920P with otter box; and

   b. Dell Inspiron 15 laptop, SN: 3CPH1X1 with power cord.

WHEREAS, the United States published notice of this forfeiture action and the intent of the United States to dispose of the property in accordance with law, and further notified all parties of their right to petition the Court for a hearing to adjudicate the validity of their alleged interest in the property, beginning on May 31, 2017, continuing for at least thirty (30) consecutive days, on the www.forfeiture.gov website, (Doc. 33); and

WHEREAS, the United States sent direct written notice of the Preliminary Order of Forfeiture to all persons who reasonably appeared to be a potential claimant with standing to contest the forfeiture of the property in an ancillary proceeding (Doc. 34); and

WHEREAS, no timely petition has been filed to the property listed above; and

WHEREAS, on August 24, 2017, a Judgment was filed and that Judgment ordered the forfeiture of the Subject Property (Doc. 31); and

WHEREAS, the Court finds that the Defendant had an interest in the property; the United States has established the requisite nexus between the property and the offense; and the United States has established that the property is subject to forfeiture pursuant to 18 U.S.C. § 2253(a)(1) and (3);

NOW THEREFORE, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED that the Preliminary Order of Forfeiture entered in this action on May 26, 2017 (Doc. 26), ordering the forfeiture, pursuant to 18 U.S.C. § 2253(a)(1) and (3), of the following Subject Property:

    a.    Samsung Galaxy S6 cellular telephone, SM-G920P, FCCID A3LSMG920P with otter box; and

    b.    Dell Inspiron 15 laptop, SN: 3CPH1X1 with power cord

is final; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America and the United States has clear title to the property described above; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the custodian of the property is hereby authorized to dispose of the property in accordance with the law; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Final Order of Forfeiture.

SO ORDERED:

Dated: 4/2/18

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE